IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>            Plaintiff,              )<br>                                                            )<br>    vs.                                        )<br>                                                            )<br>DONALD CAFFREY,                   )<br>                                                            )<br>            Defendant.           ) | 4:03CR3110<br><br>**MEMORANDUM**<br>**AND ORDER** |

On the oral motion of the defendant,

IT IS ORDERED that:

1.    The hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to the 10th day of June, 2005, at the hour of 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

2.    For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. sec.  3161(h)(1)(I)&(h)(8)(A)(B).

Dated this 31st day of May, 2005.

BY THE COURT:
s/ Richard G. Kopf
United States District Judge