IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:03CR3110 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| DONALD CAFFREY, ) | |
| ) | |
| Defendant. ) | |

On the oral motion of government's counsel, and with the agreement of defense counsel,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States District Judge to **1:30 p.m.** on Friday, June 10, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

Dated this 6th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge