IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CR3110 |
| ) | |
| DONALD C. CAFFREY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue the deadline for filing his PSI Statement, Downward Departure Motion and supporting brief, filing 60, from August 11, 2005, until August 18, 2005. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his PSI Statement and any Downward Departure Motion with supporting Brief no later than August 18, 2005.

August 12, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge