FILED
U.S. DISTRICT COURT
DIST. OF NEBRASKA

2005 AUG 25 PM 3:09

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:03CR3110 |
| ) | |
| v. ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| DONALD CAFFREY, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 25 day of August, 2005, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 14, 2005, the Court entered a Preliminary Order of Forfeiture (Filing No. 59), pursuant to the provisions of Title 18, United States Code, Sections 2253, based upon the Defendant's plea of guilty to Counts I and II of the Superceding Indictment filed herein. By way of said Preliminary Order of Forfeiture and the Defendant's plea of guilty, the Defendant's interest in the following:

> Compaq Presario Computer (Tower), serial number 6703BKK2F284, including all hard drives and disk drives contained in the computer processing unit

was subject to forfeiture.

2. On June 30, July 7 and 14, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court

within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on August 15, 2005 (Filing No. 62).

3. The Court has been advised by the United States no petitions have been filed. From a review of the Court file, the Court sees no evidence of any filing.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following property held by any person or entity is hereby forfeited to the United States:

Compaq Presario Computer (Tower), serial number 6703BKK2F284, including all hard drives and disk drives contained in the computer processing unit.

C. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 25 day of August, 2005.

RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE